ROSCOE N. KEERANS v. R. B. KEERANS.

*Certiorari—Notice—Rules.*

An application for *certiorari* will not be heard in the Supreme Court unless ten days notice, in writing, shall have been given to the adverse party.

MOTION, in Supreme Court for writ of *certiorari*.

*Messrs. J. B. Batchelor, L. M. Scott, W. C. Douglass* and *T. J. Shaw,* for plaintiff.
No counsel *contra.*

CLARK, J.: This is an application for a writ of *certiorari,* filed April 25th, 1890, and continued for the petitioner, from time to time, till the present term. Rule 43 prescribes that no petition for *certiorari* shall be heard " unless the petitioner shall have given the adverse party ten days notice in writing." No counsel has, at any time, represented the adverse party in this Court, and there is nothing to indicate that notice has been given, as required by the rule. The application must, therefore, be refused.

Motion denied.